DELGADO ET AL., INTERVENTORES-APELANTES, Y CRUZ, DEMANDANTE, *v.* SUCESIÓN DE MANUEL JIMÉNEZ CRUZ ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre nulidad de arrendamiento.

No. 2244.—Resuelto en diciembre 14, 1920.

DESESTIMACIÓN DENEGADA—ALEGATO PRESENTADO FUERA DE TIEMPO—DISCRECIÓN DEL TRIBUNAL SUPREMO.—Cuando el Tribunal Supremo encuentra que las materias tratadas en un alegato radicado fuera de tiempo, merecen, por su importancia, ser examinadas, puede en uso de su discreción admitir el alegato y denegar la moción de desestimación presentada por el apelado.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. José de Guzmán Benítez* y *A. Dones.*

Abogado de los apelados: *Sr. F. González.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta es una moción para que se desestime la apelación por no haber radicado su alegato los apelantes. Los apelantes obtuvieron una prórroga del término para radicar dicho alegato, que venció en junio 10, 1920, y desde esa fecha

no han hecho ninguna gestión hasta después de haber radicado los apelados su moción de octubre 4, 1920. En primero de noviembre, o sea el día señalado para la vista de la moción, los apelantes radicaron su alegato. En la vista hicieron éstos varias alegaciones orales o no juradas, pero la única cuestión legal ante nos es que los apelantes realmente han radicado su alegato.

Aunque no estamos obligados a hacerlo, sin embargo, a veces, al llegar a la conclusión de si una apelación debe o no desestimarse, creemos conveniente examinar el alegato que finalmente ha sido presentado. Así lo hicimos en el caso de *Cepeda* v. *Peñalosa* resuelto en diciembre 7, 1920, (pág. 933). En el presente caso hemos examinado asimismo el alegato, en el que encontramos la cuestión de la autoridad o jurisdicción de la corte de distrito para conceder ciertos honorarios de abogado. Como esta parece una cuestión que merece ser examinada, hemos resuelto ejercitar nuestra discreción en favor de los apelantes y denegar la moción de desestimación.

*Denegada la moción de desestimación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. Hutchison no tomó parte en la vista de este caso.